MEMORANDUM OPINION

 

No. 04-11-00170-CR

 

IN RE Timothy
Allen PETERSON

 

Original Mandamus
Proceeding[1]

 

PER CURIAM

 

Sitting:          Karen Angelini,
Justice

                     Phylis J.
Speedlin, Justice

                     Steven C.
Hilbig, Justice

                

Delivered and
Filed:  March 16, 2011

 

PETITION FOR WRIT OF MANDAMUS DENIED

 

           On March 2, 2011, relator filed a petition for writ of mandamus, complaining of the
trial court’s failure to rule on various pro se motions.  However,
counsel has been appointed to represent relator in the criminal proceeding
pending in the trial court for which he is currently confined.  A criminal
defendant is not entitled to hybrid representation.  See Robinson v. State,
240 S.W.3d 919, 922 (Tex. Crim. App. 2007); Patrick v. State, 906 S.W.2d
481, 498 (Tex. Crim. App. 1995).  A trial court has no legal duty to rule on pro
se motions or petitions filed with regard to a criminal proceeding in which
the defendant is represented by counsel.  See Robinson, 240
S.W.3d at 922.  Consequently, the trial court did not abuse its discretion by
declining to rule on relator’s pro se motions filed in the criminal
proceeding pending in the trial court.  Accordingly, the petition for writ of
mandamus is denied.  Tex. R. App. P.
52.8(a).

PER CURIAM

 

DO NOT PUBLISH

 









[1] This proceeding arises out of Cause
No. 2010-CR-9744, styled State of Texas v. Timothy Allen Peterson,
pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable
Juanita A. Vasquez-Gardner presiding.